E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KAREN I. MEYER (Cal. Bar No. 220554)
Assistant United States Attorney
Violent and Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8559
     Facsimile: (213) 894-3713
     E-mail:   Kim.Meyer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 15-662-SVW-14 |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT DU TRUONG NGUYEN (#14) ONLY |
| v. | |
| DU TRUONG NGUYEN, "Andrew," | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Karen I. Meyer hereby

moves pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure, and by leave of court, to dismiss the Indictment in the

above referenced case as to defendant DU TRUONG NGUYEN (#14) only.

The government also moves to exonerate defendant DU TRUONG NGUYEN's bond.

Dated:  October 13, 2023            Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                   MACK E. JENKINS
                                   Assistant United States Attorney
                                   Chief, Criminal Division

                                   _____
                                   KAREN I. MEYER
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

2